# UNITED STATES DISTRICT COURT FOR

# THE WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | DOCKET NO. 17-CR-00157 |
|---|---|
| versus | JUDGE WALTER |
| PATRICK DYLAN DRAWL | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. #33], and in the transcript previously filed herein, [Doc. #29] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #28], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant Patrick Dylan Drawl on December 20, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R. Cr.P. 11.

**THUS DONE AND SIGNED** this 28th day of December, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE